**Page 1**

Nicholas Fitzgerald, Esq. NF/<u>6129</u>
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
Attorney for Debtor
(201) 533-1100

<pre>
Order Filed on July 19, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey
</pre>

Attorney for Debtor -- I.D. # NF/<u>6129</u>

United States Bankruptcy Court
District of New Jersey -- Newark
----------------------------------X

In re:
  Jorge L. Paredes       Chapter 13

               Case No. 18-18975-SLM

Debtor
----------------------------------X

**ORDER RENDERING THE SECOND MORTGAGE ON THE DEBTOR'S REAL PROPERTY LOCATED AT 14 ZEEK WAY, HOPATCONG, NJ 07843 AS UNSECURED**

  The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 19, 2018**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor:   Jorge L. Paredes
Case No.: 18-18975-SLM
Caption: ORDER RENDERING THE SECOND MORTGAGE ON THE DEBTOR'S REAL PROPERTY LOCATED AT 14 ZEEK WAY, HOPATCONG, NJ 07843 AS UNSECURED

---

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtor's counsel, upon the debtor's Motion for an Order cramming down to unsecured status the second mortgage on the debtor's real property located at 14 Zeek Way, Hopatcong, NJ 07843, and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED AND DECREED,** that the second mortgage held or serviced by Specialized Loan Servicing LLC in and on Debtor's real estate located at 14 Zeek Way, Hopatcong, NJ 07843, be and hereby is to be treated within the debtor's payment plan as unsecured, and it is further;

**ORDERED AND DECREED,** that upon confirmation and completion of all of the payments in accordance with the debtor's Chapter 13 repayment plan and upon the issuance of a discharge to the debtor, the second mortgage held or serviced by Specialized Loan Servicing LLC in and on Debtor's real estate located at 14 Zeek Way,

Page 3

Debtor:   Jorge L. Paredes
Case No.: 18-18975-SLM
Caption: ORDER RENDERING THE SECOND MORTGAGE ON THE DEBTOR'S REAL PROPERTY LOCATED AT 14 ZEEK WAY, HOPATCONG, NJ 07843 AS UNSECURED

------------------------------------------------------------------

Hopatcong, NJ 07843, will be expunged, and it is further;

**ORDERED AND DECREED,** that upon confirmation and completion of all of the payments in accordance with the debtor's Chapter 13 repayment plan, and upon the issuance of a discharge to the debtor, Specialized Loan Servicing LLC shall take all steps necessary and appropriate to release the second mortgage on Debtor's residential real estate located at 14 Zeek Way, Hopatcong, NJ 07843.