Page 1
Nicholas Fitzgerald, Esq. NF/<u>6129</u>
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
Attorney for Debtor
(201) 533-1100

_____
Attorney for Debtor -- I.D. # NF/<u>6129</u>

Order Filed on July 19, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

United States Bankruptcy Court
District of New Jersey -- Newark
------------------------------------X

In re:
    Jorge L. Paredes                 Chapter 13

                                     Case No. 18-18975-SLM

Debtor
------------------------------------X

**ORDER RENDERING THE SECOND MORTGAGE ON THE DEBTOR'S REAL PROPERTY LOCATED AT 14 ZEEK WAY, HOPATCONG, NJ 07843 AS UNSECURED**

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 19, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor:  Jorge L. Paredes
Case No.: 18-18975-SLM
Caption: ORDER RENDERING THE SECOND MORTGAGE ON THE DEBTOR'S REAL PROPERTY LOCATED AT 14 ZEEK WAY, HOPATCONG, NJ 07843 AS UNSECURED

---

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtor's counsel, upon the debtor's Motion for an Order cramming down to unsecured status the second mortgage on the debtor's real property located at 14 Zeek Way, Hopatcong, NJ 07843, and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED AND DECREED,** that the second mortgage held or serviced by Specialized Loan Servicing LLC in and on Debtor's real estate located at 14 Zeek Way, Hopatcong, NJ 07843, be and hereby is to be treated within the debtor's payment plan as unsecured, and it is further;

**ORDERED AND DECREED,** that upon confirmation and completion of all of the payments in accordance with the debtor's Chapter 13 repayment plan and upon the issuance of a discharge to the debtor, the second mortgage held or serviced by Specialized Loan Servicing LLC in and on Debtor's real estate located at 14 Zeek Way,

Page 3

Debtor:  Jorge L. Paredes
Case No.: 18-18975-SLM
Caption: ORDER RENDERING THE SECOND MORTGAGE ON THE DEBTOR'S REAL PROPERTY LOCATED AT 14 ZEEK WAY, HOPATCONG, NJ 07843 AS UNSECURED

------------------------------------------------------------------

Hopatcong, NJ 07843, will be expunged, and it is further;

**ORDERED AND DECREED,** that upon confirmation and completion of all of the payments in accordance with the debtor's Chapter 13 repayment plan, and upon the issuance of a discharge to the debtor, Specialized Loan Servicing LLC shall take all steps necessary and appropriate to release the second mortgage on Debtor's residential real estate located at 14 Zeek Way, Hopatcong, NJ 07843.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-18975-SLM
Jorge L. Paredes                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 20, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.
db            +Jorge L. Paredes,    14 Zeek Way,    Hopatcong, NJ 07843-1334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas Fitzgerald    on behalf of Debtor Jorge L. Paredes nickfitz.law@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee
           of the GMACM Home Equity Loan Trust 2006-HE4 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Veroneque Annette Theresa Blake    on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for
           LSF9 Master Participation Trust vblake@udren.com, vbarber@udren.com
                                                                                             TOTAL: 5