| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on August 24, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br>    JORGE L. PAREDES | Case No.:  18-18975<br><br>Hearing Date:  08/22/2018<br><br>Judge:  STACEY L. MEISEL |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: August 24, 2018

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  JORGE L. PAREDES

Case No.:  18-18975SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 08/22/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 8/22/2018 of the plan filed on 05/01/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/05/2018 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.