| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on August 24, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| IN RE:<br>    JORGE L. PAREDES | Case No.:  18-18975<br><br>Hearing Date:  08/22/2018<br><br>Judge:  STACEY L. MEISEL |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: August 24, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  JORGE L. PAREDES

Case No.:  18-18975SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 08/22/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 8/22/2018 of the plan filed on 05/01/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/05/2018 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-18975-SLM
Jorge L. Paredes                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                 Page 1 of 1                  Date Rcvd: Aug 24, 2018
                               Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2018.
db             +Jorge L. Paredes,    14 Zeek Way,    Hopatcong, NJ 07843-1334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2018 at the address(es) listed below:
      Marie-Ann Greenberg    magecf@magtrustee.com
      Nicholas Fitzgerald    on behalf of Debtor Jorge L. Paredes nickfitz.law@gmail.com
      Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee
       of the GMACM Home Equity Loan Trust 2006-HE4 rsolarz@kmllawgroup.com
      Sarah J. Crouch    on behalf of Debtor Jorge L. Paredes nickfitz.law@gmail.com,
       nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
      Sindi Mncina    on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master
       Participation Trust smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Veroneque Annette Theresa Blake    on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for
       LSF9 Master Participation Trust vblake@udren.com,    vbarber@udren.com
                                                                                                 TOTAL: 7