Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−18975−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jorge L. Paredes
   14 Zeek Way
   Hopatcong, NJ 07843

Social Security No.:
   xxx−xx−2849

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on May 1, 2018 and a confirmation hearing on such Plan has been scheduled for August 22, 2018.

The debtor filed a Modified Plan on August 24, 2018 and a confirmation hearing on the Modified Plan is scheduled for 9/26/2018 at 9:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 28, 2018
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jorge L. Paredes  
Debtor

Case No. 18-18975-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                    Page 1 of 2                    Date Rcvd: Aug 28, 2018
                              Form ID: 186                   Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
```
db              +Jorge L. Paredes,    14 Zeek Way,    Hopatcong, NJ 07843-1334
cr              +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517493472      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,     PO Box 78626,    Phoenix, AZ 85062)
517493474       +Esurance,    All State Insurance,    PO Box 12055,    Roanoke, VA 24022-2055
517493475       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517493477       +IC Systems,    Attn Bankruptcy,    444 Highway 96 East,    PO Box 64378,
                 Saint Paul, MN 55164-0378
517493478       +Matrix Acquistions LLC,    126 Dwight Park Circle,    Syracuse, NY 13209-1067
517493479       +NCB,    Attn: Bankruptcy,    One Allied Drive,    Trevose, PA 19053-6945
517493482       +Specialized Loan Sevicing LLC,    8742 Lucent Blvd, Suite300,    Highlands Ranch, CO 80129-2386
517493483       +Steven Kelly Esq.,    Stern & Eisenberg PC,    1040 N Kings Highway, Suite 407,
                 Cherry Hill, NJ 08034-1925
517493484      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,    Bankruptcy Department,    PO Box 53410,
                 Bellevue, WA 98015)
517493485       +T-Mobile USA/American Info Source,    4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517563295       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517493489       +US Bank Trust NA,    PO Box 24330,    Oklahoma City, OK 73124-0330
517493488       +US Bank Trust as Trustee for LSF9,    Master Participation Trust,    Stern & Eisenberg PC,
                 1040 N Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
517493486       +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
517493487       +United Rev,    National Event Services EMS,    PO Box 1184,    Langhorne, PA 19047-6184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2018 23:26:28     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2018 23:26:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517493467      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 28 2018 23:27:08     Allstate Insurance,
                 PO Box 55126,    Boston, MA 02205-5126
517493468      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 28 2018 23:27:20     Caliber Home Loans,
                 US Bank Trust,    Po Box 24330,    Oklahoma City, OK 73124-0330
517493469      +E-mail/Text: bankruptcy@cavps.com Aug 28 2018 23:26:42     Calvary SPV II, LLC,
                 GE Money Bank/Walmart,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517493470      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 23:32:03     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517514174      +E-mail/Text: bankruptcy@cavps.com Aug 28 2018 23:26:42     Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517493471      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 28 2018 23:27:08
                 Credit Collection Services,    PO Box 773,    Needham Heights, MA 02494-0918
517493473      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2018 23:46:34     Direct TV LLC,
                 American InfoSource LP,    4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517493476      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 23:31:36     GE Money Bank,    PO Box 96001,
                 Orlando, FL 32896-0001
517594190      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 28 2018 23:26:24     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517493481       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 23:47:08
                 Portfolio Recovery Associates,    c/o Orchard Bank,    POBox 41067,    Norfolk, VA 23541
517493480      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 23:46:41
                 Portfolio Recover Associates LLC,    140 Corporate Blvd,    Norfolk, VA 23502-4952
517630073      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2018 23:26:39     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517494833      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 23:31:36     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517631871      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 28 2018 23:27:19
                 U.S. Bank Trust, N.A., AS Trustee for LSF9 Master,    c/o Caliber Home Loans,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
517493491      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2018 23:25:28
                 Verizon,    Po Box 650584,    Dallas, TX 75265-0584
517493490      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2018 23:25:28
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
517623605      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2018 23:46:47     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517493492      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2018 23:32:38
                 Verizon by American Infosource,    4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517493493      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 23:32:00     Walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 21
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 28, 2018
                              Form ID: 186             Total Noticed: 38
```

                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Marie-Ann    Greenberg    magecf@magtrustee.com
              Nicholas    Fitzgerald     on behalf of Debtor Jorge L. Paredes nickfitz.law@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
               of the GMACM Home Equity Loan Trust 2006-HE4 rsolarz@kmllawgroup.com
              Sarah J. Crouch     on behalf of Debtor Jorge L. Paredes nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Sindi    Mncina     on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Veroneque Annette Theresa Blake     on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for
               LSF9 Master Participation Trust vblake@udren.com,   amitchell@udren.com
                                                                                                 TOTAL: 7
```