**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

1 ☐ Valuation of Security    0    Assumption of Executory Contract or Unexpired Lease    0    Lien Avoidance

Last revised: December 1, 2017

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:    Case No.: 18-18975
JORGE PARADES
Judge: Meisel

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 08/23/2018
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: _____    Initial Debtor: _____    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ ____1698.00____ per ____month____ to the Chapter 13 Trustee, starting on ____September 1, 2018____ for approximately ____57____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:
$4,236.00 paid to date

**Part 2:    Adequate Protection ☒ NONE**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,000.00 |
| DOMESTIC SUPPORT OBLIGATION | N/A | N/A |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| US Bank NA Truste c/o Caliber Home Loans | First Mortgage | $76542.31 | $8,027.00 | $84,569.31 | As Billed |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| US Bank NA c/o Specialized Loan Servicing | Second Mortgage on 14 Zeek Way, Hopatcong, NJ | $33,321.81 | $140,000.00 | 345,558.91 | $0.00 | 0.00 | $0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ NONE

The following secured claims are unaffected by the Plan:

| g. Secured Claims to be Paid in Full Through the Plan: ☒ NONE |||
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

**Part 5:   Unsecured Claims ☐ NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
☐ Not less than $ _____ to be distributed *pro rata*
☐ Not less than _____ percent
☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:   Executory Contracts and Unexpired Leases ☒ NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

### Part 7: Motions ☐ NONE

**NOTE:** All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

**a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| US Bank NA c/o Specialized Loan Sercing | Second Mortgage: 14 Zeek Way, Hopatcong, NJ | $33,321.81 | $140,000.00 | $345,558.91 | $0.00 | $33,321.81 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative/Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification** ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____05/01/2018_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is beind modified to pay the higher claim of the first mortgage holder and to clarify treatment of the second mortgage holder, as both the first and the second have the same name. | The plan is being modified to pay the higher claim of the first mortgage holder and to clarify treatment of the second mortgage holder. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 08/23/18                            _____
                                          Attorney for the Debtor

Date: 8/23/18                             _____
                                          Debtor

Date: _____                       _____
                                          Joint Debtor

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 08/23/18

_____
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 8/23/18

_____
Debtor

Date: _____

_____
Joint Debtor

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-18975-SLM
Jorge L. Paredes                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Sep 04, 2018
                              Form ID: pdf901             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
db             +Jorge L. Paredes,    14 Zeek Way,    Hopatcong, NJ 07843-1334
cr             +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517493472      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,     PO Box 78626,    Phoenix, AZ 85062)
517493474      +Esurance,    All State Insurance,    PO Box 12055,    Roanoke, VA 24022-2055
517493475      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517493477      +IC Systems,    Attn Bankruptcy,    444 Highway 96 East,    PO Box 64378,
                 Saint Paul, MN 55164-0378
517493478      +Matrix Acquistions LLC,    126 Dwight Park Circle,    Syracuse, NY 13209-1067
517493479      +NCB,    Attn: Bankruptcy,    One Allied Drive,    Trevose, PA 19053-6945
517493482      +Specialized Loan Sevicing LLC,    8742 Lucent Blvd, Suite300,    Highlands Ranch, CO 80129-2386
517493483      +Steven Kelly Esq.,    Stern & Eisenberg PC,    1040 N Kings Highway, Suite 407,
                 Cherry Hill, NJ 08034-1925
517493484      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,     Bankruptcy Department,    PO Box 53410,
                 Bellevue, WA 98015)
517493485      +T-Mobile USA/American Info Source,    4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517563295      +U.S. Bank National Association Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517493489      +US Bank Trust NA,    PO Box 24330,    Oklahoma City, OK 73124-0330
517493488      +US Bank Trust as Trustee for LSF9,    Master Participation Trust,    Stern & Eisenberg PC,
                 1040 N Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
517493486      +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
517493487      +United Rev,    National Event Services EMS,    PO Box 1184,    Langhorne, PA 19047-6184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2018 23:41:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2018 23:41:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517493467      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 04 2018 23:42:26       Allstate Insurance,
                 PO Box 55126,    Boston, MA 02205-5126
517493468      ++E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 04 2018 23:42:38       Caliber Home Loans,
                 US Bank Trust,    Po Box 24330,    Oklahoma City, OK 73124-0330
517493469      +E-mail/Text: bankruptcy@cavps.com Sep 04 2018 23:41:56       Calvary SPV II, LLC,
                 GE Money Bank/Walmart,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517493470      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2018 23:46:39       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517514174      +E-mail/Text: bankruptcy@cavps.com Sep 04 2018 23:41:56       Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517493471      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 04 2018 23:42:26
                 Credit Collection Services,    PO Box 773,    Needham Heights, MA 02494-0918
517493473      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2018 23:47:18       Direct TV LLC,
                 American InfoSource LP,    4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517493476      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:47:02       GE Money Bank,    PO Box 96001,
                 Orlando, FL 32896-0001
517594190      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 04 2018 23:41:33       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517493481       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:47:08
                 Portfolio Recovery Associates,    c/o Orchard Bank,    POBox 41067,    Norfolk, VA 23541
517493480      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:46:41
                 Portfolio Recover Associates LLC,    140 Corporate Blvd,    Norfolk, VA 23502-4952
517630073      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 04 2018 23:41:52       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517494833      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:35       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517631871      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 04 2018 23:42:37
                 U.S. Bank Trust, N.A., AS Trustee for LSF9 Master,    c/o Caliber Home Loans,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
517493491      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 04 2018 23:40:37
                 Verizon,    Po Box 650584,    Dallas, TX 75265-0584
517493490      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 04 2018 23:40:37
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
517623605      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2018 23:46:21       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517493492      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2018 23:47:17
                 Verizon by American Infosource,    4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517493493      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:05       Walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 21
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Sep 04, 2018
                              Form ID: pdf901          Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
```
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Nicholas    Fitzgerald    on behalf of Debtor Jorge L. Paredes nickfitz.law@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee
               of the GMACM Home Equity Loan Trust 2006-HE4 rsolarz@kmllawgroup.com
              Sarah J. Crouch    on behalf of Debtor Jorge L. Paredes nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Sindi   Mncina    on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Veroneque Annette Theresa Blake    on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for
               LSF9 Master Participation Trust vblake@udren.com,  vbarber@udren.com
                                                                                         TOTAL: 7
```