Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−18975−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jorge L. Paredes
   14 Zeek Way
   Hopatcong, NJ 07843

Social Security No.:
   xxx−xx−2849

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/14/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 14, 2018
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jorge L. Paredes  
    Debtor

Case No. 18-18975-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Dec 14, 2018  
                     Form ID: 148      Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.

```
db           +Jorge L. Paredes,    14 Zeek Way,    Hopatcong, NJ 07843-1334
aty           Veroneque Annette Theresa Blake,    Udren Law Offices, P.C.,    111 Woodcrest Rd, Suite 200,
               Cherry Hill, NJ  08003-3620
cr           +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr           +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    13801 Wireless Way,
               Oklahoma City, OK 73134-2500
517493474    +Esurance,    All State Insurance,    PO Box 12055,    Roanoke, VA 24022-2055
517493478    +Matrix Acquistions LLC,    126 Dwight Park Circle,    Syracuse, NY 13209-1067
517493479    +NCB,    Attn: Bankruptcy,    One Allied Drive,    Trevose, PA 19053-6945
517493482    +Specialized Loan Sevicing LLC,    8742 Lucent Blvd, Suite300,    Highlands Ranch, CO 80129-2386
517493483    +Steven Kelly Esq.,    Stern & Eisenberg PC,    1040 N Kings Highway, Suite 407,
               Cherry Hill, NJ 08034-1925
517493485    +T-Mobile USA/American Info Source,    4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517563295    +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517493489    +US Bank Trust NA,    PO Box 24330,    Oklahoma City, OK 73124-0330
517493488    +US Bank Trust as Trustee for LSF9,    Master Participation Trust,    Stern & Eisenberg PC,
               1040 N Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
517493486    +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
               Cherry Hill, NJ 08003-3620
517493487    +United Rev,    National Event Services EMS,    PO Box 1184,    Langhorne, PA 19047-6184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2018 00:00:28     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2018 00:00:24     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517493467    +EDI: CCS.COM Dec 15 2018 04:34:00      Allstate Insurance,    PO Box 55126,
               Boston, MA 02205-5126
517493468    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 15 2018 00:01:28      Caliber Home Loans,
               US Bank Trust,    Po Box 24330,    Oklahoma City, OK 73124-0330
517493469    +E-mail/Text: bankruptcy@cavps.com Dec 15 2018 00:00:44      Calvary SPV II, LLC,
               GE Money Bank/Walmart,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517493470    +EDI: CAPITALONE.COM Dec 15 2018 04:34:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
517514174     E-mail/Text: bankruptcy@cavps.com Dec 15 2018 00:00:44      Cavalry SPV II, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517493471    +EDI: CCS.COM Dec 15 2018 04:34:00      Credit Collection Services,    PO Box 773,
               Needham Heights, MA 02494-0918
517493472     EDI: DIRECTV.COM Dec 15 2018 04:33:00      Direct TV,    PO Box 78626,    Phoenix, AZ 85062
517493473    +EDI: AIS.COM Dec 15 2018 04:33:00      Direct TV LLC,    American InfoSource LP,
               4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517493475    +EDI: AMINFOFP.COM Dec 15 2018 04:34:00      First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
517493476    +EDI: RMSC.COM Dec 15 2018 04:34:00      GE Money Bank,    PO Box 96001,    Orlando, FL 32896-0001
517493477    +EDI: IIC9.COM Dec 15 2018 04:35:00      IC Systems,    Attn Bankruptcy,    444 Highway 96 East,
               PO Box 64378,    Saint Paul, MN 55164-0378
517594190    +EDI: MID8.COM Dec 15 2018 04:34:00      Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
517493481     EDI: PRA.COM Dec 15 2018 04:33:00      Portfolio Recovery Associates,    c/o Orchard Bank,
               POBox 41067,    Norfolk, VA 23541
517493480    +EDI: PRA.COM Dec 15 2018 04:33:00      Portfolio Recover Associates LLC,    140 Corporate Blvd,
               Norfolk, VA 23502-4952
517630073    +EDI: JEFFERSONCAP.COM Dec 15 2018 04:33:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517744687     E-mail/Text: bkdepartment@rtresolutions.com Dec 15 2018 00:00:40
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
517744688     E-mail/Text: bkdepartment@rtresolutions.com Dec 15 2018 00:00:40
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029,    Real Time Resolutions, Inc.,
               1349 Empire Central Drive, Suite #150,    Dallas, Texas 75247-4029
517494833    +EDI: RMSC.COM Dec 15 2018 04:34:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517493484     EDI: AISTMBL.COM Dec 15 2018 04:33:00      T-Mobile,    Bankruptcy Department,    PO Box 53410,
               Bellevue, WA 98015
517631871    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 15 2018 00:01:28
               U.S. Bank Trust, N.A., AS Trustee for LSF9 Master,    c/o Caliber Home Loans,
               13801 Wireless Way,    Oklahoma City, OK 73134-2500
517493491    +EDI: VERIZONCOMB.COM Dec 15 2018 04:33:00      Verizon,    Po Box 650584,    Dallas, TX 75265-0584
517493490    +EDI: VERIZONCOMB.COM Dec 15 2018 04:33:00      Verizon,    Verizon Wireless Bk Admin,
               500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
```

```
District/off: 0312-2         User: admin              Page 2 of 2              Date Rcvd: Dec 14, 2018
                             Form ID: 148             Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517623605      +EDI: AIS.COM Dec 15 2018 04:33:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517493492      +EDI: AIS.COM Dec 15 2018 04:33:00      Verizon by American Infosource,    4515 N Santa Fe Avenue,
                 Oklahoma City, OK 73118-7901
517493493      +EDI: RMSC.COM Dec 15 2018 04:34:00      Walmart,    Attn: Bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
                                                                                               TOTAL: 27

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              Jill  Manzo    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@feinsuch.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas  Fitzgerald    on behalf of Debtor Jorge L. Paredes nickfitz.law@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
               of the GMACM Home Equity Loan Trust 2006-HE4 rsolarz@kmllawgroup.com
              Sarah J. Crouch    on behalf of Debtor Jorge L. Paredes nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Sindi  Mncina    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```